1   Zachary A. Carroll, Bar No. 260916
    **LEVY CARROLL LAW**
2   100 Stony Point Road, Suite 265
    Santa Rosa, CA 95401
3   Phone: (707) 523-1515
    Fax:  (707) 523-3113
4
    Attorney for Debtors
5   CATHERINE MILLER and KENNETH STOCKS

6                   UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
7                        (SANTA ROSA DIVISION)

8   In Re                              )    Case No. 12-11258
                                       )    Chapter 13
9   CATHERINE MILLER and               )
    KENNETH STOCKS                     )
10                                     )    **MOTION TO MODIFY CHAPTER 13**
            Debtor.                    )    **PLAN; DECLARATION OF DEBTORS**
11                                     )
                                       )    Date**:**  July 20, 2016
12                                     )    Time:  1:30 p.m.
                                       )    Place:  US Bankruptcy Court
13                                     )           99 South E Street
    _____)             Santa Rosa, CA 95404
14

15          Debtors CATHERINE MILLER and KENNETH STOCKS  by and through counsel,

16  respectfully move pursuant to 11 U.S.C. § 1329 for an order modifying the current confirmed

17  Chapter 13 plan.

18          In support of this motion she represents:

19               1.   Debtors filed this Chapter 13 Bankruptcy on May 1, 2012.

20               2.   Due to fluctuating/slowing business, the Debtors have fallen behind in their case

21                    but are now able to resume payments.

22               3.   The Debtors have attempted to catch-up but cannot catch-up all at once and

23                    propose to amortize their missed payments over the remainder of the plan (due to

24                    differences between the projected claims and actually filed claims the Debtors'

1  proposed new payments will actually be slightly lower than their current

2  payments).

3      4. The Debtors propose to suspend missed payments and resume payments of

4         $2,708.68 in July 2016 for the remaining 10 months of the plan.

5      5. The Debtors further propose to pay an additional $400 for attorney's fees and

6         costs associated with this motion to modify.

7      6. The current confirmed Chapter 13 plan pays ONE-HUNDRED percent of

8         allowed/filed claims.

9      7. The proposed modification also pays ONE-HUNDRED percent of the

10         allowed/filed claims.

11  WHEREFORE, Debtor prays for an order pursuant to 11 U.S.C. § 1329:

12      1. That the Debtors missed payments be suspended.

13      2. That the monthly plan payments for the final 10 months of the plan be set at

14         $2,708.68 in order to pay current allowed claims in full and attorneys fees/costs

15         for this motion.

16      3. That the Debtors' attorney Zachary A. Carroll be paid an additional $400.00 for

17         fees and costs associated with this motion through the Chapter 13 plan.

18      4. For such other and further relief as the court may deem just and proper.

19  Date: June 14, 2016           /s/ Zachary A. Carroll_____

                                 ZACHARY A. CARROLL

20                                   Attorney for Debtors

21

22

23

24

## DECLARATION OF DEBTORS CATHERINE MILLER AND KENNETH STOCKS

We, CATHERINE MILLER and KENNETH STOCKS, hereby declare:

    1.  We are the Petitioner/Debtors in this matter.

    2.  We are competent to testify as to the matters set forth herein and if called as witnesses would testify as set forth below.  We know all of the matters set forth below of our own personal knowledge except for the matters alleged on information and belief, and as to those matters, we believe them to be true.

    3.  Due to fluctuating/slowing business, we have fallen behind in our case but are now able to resume payments.

    4.  We have attempted to catch up but were not able to quickly enough and as a result we are asking to suspend our missed payments and to change in our remaining payments to make up the difference.

    5.  As a result of the additional work and costs to draft, notice, file, and attend the hearing for the resultant motion, additional fees and costs in the amount of $400.00 are to be paid to our attorney Zachary A. Carroll through our Chapter 13 plan.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: June 14, 2016                    */s/ Catherine Miller*_____
                                         Catherine Miller, Debtor

Date: June 14, 2016                    */s/ Kenneth Stocks*_____
                                         Kenneth Stocks, Joint-Debtor